O

FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>             Plaintiff, <br>     vs. <br> Michel, Angel <br>             Defendant. | Case No.: CR-09-997-PSG <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd cmty ties unknown due to failure to interview; bail resources unknown; conduct in absconding from_

1  supervision; assoc w/multiple personal identifiers;
2  substance abuse problem
3  and/or
4  B.  (✓) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on  criminal history record, incl two
8  prior convictions for narcotics offenses

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  2/2/15

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE